**JOSEPH D. MARCHAND**
ATTORNEY AT LAW
117-119 WEST BROAD STREET
BRIDGETON, NJ  08302
(856) 451-7600
Fax:  (856)451-6535

MEMBER OF NJ & PA BAR

May 7, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
U.S. Post Office & Courthouse
Camden, NJ 08101-2067

**RE:    Debtor(s):    Thomas Powers, Jr.**
**Chapter 7 Bankruptcy Case No.  18-18264/JNP**
**Limited Objection to the Order to Show Cause Why Case Should not be Dismissed**
**Hearing Date: May 22, 2018**

Dear Judge Poslusny:

Kindly accept this letter as a Limited Objection to the Court's Order to Show Cause why Case should not be Dismissed.  The Trustee is trying to ascertain information regarding possible Assets that are available for the Bankruptcy Estate.  Please note I have carbon copied my adversary of this correspondence.

Most respectfully yours,

/s/ Joseph D. Marchand

JOSEPH D. MARCHAND, ESQUIRE
Chapter 7 Bankruptcy Trustee
JDM:mmh
cc:    Thomas Egner, Esquire(Attorney for Debtor)
       Thomas Powers, Jr., Debtor