Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−18264−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J Power Jr.
   1011 Sussex Avenue
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−3269

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2018
JAN: cmf

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-18264-JNP
Thomas J Power, Jr.                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1             Date Rcvd: May 23, 2018
                              Form ID: 148               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db         +Thomas J Power, Jr.,    1011 Sussex Avenue,   Deptford, NJ 08096-3023
cr         +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
517517325   Citi Mortgage,    PO Box 6243,   Sioux Falls, SD 57117-6243
517517326  +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
517517327  +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
517517328  +Nissan Motor Acceptance,    Attn: Bankruptcy,    P.O. Box 660360,   Dallas, TX 75266-0360
517517329  +Quicken Loans,    662 Woodward Avenue,   Detroit, MI 48226-3433
517517332  +Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,    Po Box 6429,   Greenville, SC 29606-6429
517517333  +Wells Fargo Bank,na/,    Po Box 3117,   Winston Salem, NC 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QJDMARCHAND.COM May 24 2018 03:33:00      Joseph Marchand,    117-119 West Broad St.,
             PO Box 298,    Bridgeton, NJ 08302-0228
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:09      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517517323  +EDI: CAPITALONE.COM May 24 2018 03:33:00      Cap1/nautl,
             Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,    Salt Lake City, UT 84130-0258
517517324  +EDI: CAPITALONE.COM May 24 2018 03:33:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
517479791  +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517517330  +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
             Po Box 965060,   Orlando, FL 32896-5060
517517331  +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
             Po Box 965060,   Orlando, FL 32896-5060
517476039  +EDI: WFFC.COM May 24 2018 03:33:00      Wells Fargo,   420 Montgomery Street,
             San Francisco, CA 94104-1298
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
         Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, NA craig.keiser@phelanhallinan.com
         Joseph Marchand    jdmarchand@comcast.net,     jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
         Thomas G. Egner    on behalf of Debtor Thomas J Power, Jr. tegner@mcdowelllegal.com,
          kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
          om;mfunk@mcdowelllegal.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6